United States District Court
Southern District of Texas
**ENTERED**
January 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Judy L. Landrum, on behalf of herself and all others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>Midland Credit Management, Inc.,<br>    Defendant. | Civil Action H-20-728 |

## Order of Adoption

On December 31, 2020, Magistrate Judge Peter Bray recommended that the court grant in part and deny in part Midland Credit Management, Inc.'s motion for judgment on the pleadings as to counts I through IV (27). Judy L. Landrum filed objections to the report and recommendation. (44) The court denies Landrum's objections and adopts the report and recommendation as its memorandum and opinion.

Signed at Houston, Texas, on January 14, 2021.

_____
Lynn N. Hughes
United States District Judge